IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

Civil Action No.
HONORABLE

Plaintiff,

v.

EVANS SOLUTIONS, INC.,

**COMPLAINT
AND JURY TRIAL DEMAND**

Defendant.

_____/

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 and Title I

of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of

disability and to provide appropriate relief to Doris Bennett ("Bennett") who was adversely

affected by such practices.   The Commission alleges that Defendant Evans Solutions, Inc.

violated the Americans with Disabilities Act ("ADA") when it terminated Bennett's employment

on the basis of disability, breast cancer.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337,

1343, and 1345.   This action is authorized and instituted pursuant to Section 107(a) of the

Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by

reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42

U.S.C. §§ 2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991,  42

U.S.C. § 1981(a).

2.     The employment practices hereafter alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Michigan, Southern Division.

## PARTIES

3.     Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4.     At all relevant times, Defendant Evans Solutions, Inc. (the "Employer") has continuously been a Michigan corporation doing business in the State of Michigan and City of Detroit and has continuously had at least 15 employees.

5.     At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701 (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6.     At all relevant times, Defendant Employer has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7.     More than thirty (30) days prior to the institution of this lawsuit, Bennett filed a charge with the Commission alleging violations of Title I of the ADA by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

8.     Since at least April 2007, Defendant Employer engaged in unlawful employment practices at its Detroit, Michigan facility in violation of Section 102(a) of the ADA, 42 U.S.C. § 12112(a).  The Defendant's practices include, but are not limited to, terminating Bennett's employment as a school social worker effective July 9, 2007 of the basis of disability, breast cancer.

9.     The effect of the practices complained of in paragraph 8 above has been to deprive Bennett of equal employment opportunities and otherwise affect her status as an employee because of disability, breast cancer.

10.     The unlawful employment practices complained of in paragraph 8 above were intentional.

11.     The unlawful employment practices complained of in paragraph 8 above were done with malice or with reckless indifference to the federally protected rights of Bennett.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A.     GRANT a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all person in active concert or participation with it, from engaging in the practice of terminating an individual's employment on the basis of disability, and any other unlawful employment practice which discriminates on the basis of disability;

B.     ORDER Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment

practices.

C.      ORDER Defendant Employer to make whole Bennett by providing appropriate back pay with prejudgment interest and benefits, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to the reinstatement of Bennett.

D.      ORDER Defendant Employer to make whole Bennett by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 8 above, including but not limited to out-of pocket medical expenses, in amounts to be determined at trial.

E.      ORDER Defendant Employer to make whole Bennett by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 8 above, including but not limited to, humiliation, emotional pain and suffering, in amounts to be determined at trial.

F.      ORDER Defendant Employer to pay Bennett punitive damages for its malicious and reckless conduct, as described in paragraph 8 above, in amounts to be determined at trial.

G.      GRANT such further relief as the Court deems necessary and proper in the public interest.

H.      AWARD the Commission its costs of this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

4

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION


LAURIE A. YOUNG
Regional Attorney


DEBORAH M. BARNO (P44525)
Supervisory Trial Attorney


Dated: July 30, 2009


DALE PRICE (P55578)
Trial Attorney


DETROIT FIELD OFFICE
Patrick V. McNamara Building
477 Michigan Avenue, Room 865
Detroit, Michigan  48226
(313) 226-7808